UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PAMELA G. BEST,                         )
                                        )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )    **JUDGMENT**
                                        )
                                        )    No. 5:16-CV-30-FL
NANCY A. BERRYHILL,                     )
Acting Commissioner of Social Security, )
                                        )
            Defendant.                  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 21, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted. The final decision of the commissioner is affirmed and this matter is dismissed.

**This Judgment Filed and Entered on February 21, 2017, and Copies To:**

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)

February 21, 2017                   JULIE RICHARDS JOHNSTON, CLERK
                                     _/s/ Christa N. Baker_____
                                    (By) Christa N. Baker, Deputy Clerk